Irene VANCE, widow of Jessie Vance, Petitioner,

v.

DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS; Cedar Coal Corporation, Respondents.

No. 09–1843.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 24, 2010.

Decided: March 9, 2010.

Irene Vance, Petitioner Pro Se. Steven D. Breeskin, Deputy Commissioner, Rita Ann Roppolo, United States Department of Labor, Washington, D.C.; David L. Yaussy, Robinson & McElwee, PLLC, Charleston, West Virginia, for Respondents.

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Irene Vance seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's denial of black lung benefits pursuant to 30 U.S.C. §§ 901–945 (2006). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accord-

ingly, we deny the petition for review for the reasons stated by the Board. *Vance v. Director, Office of Workers' Comp. Programs,* No. 08–712–BLA (B.R.B. June 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*